**Timothy Carmine MUCCILLI, Appellant,**

**v.**

**Judge Timothy R. BLOOMQUIST, State of Minnesota, County of Kanabec, District Court 10th Judicial District; Jeffrey R. Edblad, Isanti County Atty.**

serving as the Special Assistant Kanabec County Atty. as appointed by Norman J. Loren, Kanabec County Atty., Appellees.

No. 07–1643.

United States Court of Appeals, Eighth Circuit.

Submitted: March 24, 2008.

Filed: April 3, 2008.

Timothy Carmine Muccilli, Golden Valley, AZ, pro se.

John Steven Garry, St. Paul, MN, Michael Joseph Ford, Melinda M. Sanders, Quinlivan & Hughes, St. Cloud, MN, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Timothy Muccilli appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his 42 U.S.C. § 1983 complaint. Upon de novo review, *see Reis v. Walker,* 491 F.3d 868, 870 (8th Cir.2007), we conclude that dismissal was proper for the reasons stated by the district court.

The judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.